RYAN W. STITT
California State Bar No. 273651
**STITT VU TRIAL LAWYERS APC**
185 W F St., Ste. 100-K
San Diego, California 92101
Telephone: (619) 255-0553
rstitt@stittvu.com

Attorneys for Defendant
ZIFENG WU

UNITED STATES DISTRICT COURT

SOUTHISN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 23CR887-AJB |
|---|---|
| Plaintiff, | RULE 16.1 STATUS UPDATE |
| v. | |
| ZIFENG WU, | |
| Defendant. | |

I. **Rule 16.1 Status Update**

Mr. Wu is charged in a nine-count indictment with importation of various types of illegal seafood. Counsel has requested discovery multiple times from the government, and it is in the process of loading a hard drive for counsel to review. Thus far, however, no discovery has been provided.

Respectfully submitted,

Dated: June 6, 2023

*/s/ Ryan W. Stitt*
**RYAN W. STITT**
Stitt Vu Trial Lawyers APC
rstitt@stittvu.com