# UNITED STATES DISTRICT COURT
# SOUTHISN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>ZIFENG WU,<br><br>              Defendant. | CASE NO.: 23CR887-AJB<br><br>ORDER SETTING CONDITIONS OF RELEASE |

    THE COURT HEREBY GRANTS Mr. Wu's unopposed motion to set bond and sets the following conditions of release: Mr. Wu shall be released on all the standard and mandatory conditions of release, he shall submit a $1,664,744 property bond to be secured by two properties.

Dated: June 27, 2023

*/s/ Bernard G. Skomal*
Hon. Bernard G. Skomal
United States Magistrate Judge