# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 23-cr-00887-AJB |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Zifeng Wu | Booking No. 08999506 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 06/30/2023 the Court entered the following order:

- [X] Defendant be released from custody.
- [ ] Defendant placed on supervised / unsupervised probation / supervised release.
- [ ] Defendant continued on supervised / unsupervised probation / supervised release.
- [X] Defendant released on $1,664,744 property bond. Bond posted.
- [ ] Defendant appeared in Court. FINGERPRINT & RELEASE.
- [ ] Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.
- [ ] Defendant sentenced to TIME SERVED, supervised release for _____ years.
- [ ] Bench Warrant Recalled.
- [ ] Defendant forfeited collateral.
- [ ] Case dismissed.
- [ ] Case dismissed, charges pending in case no.
- [ ] Defendant to be release to Pretrial Services for electronic monitoring.
- [ ] Other.

BERNARD G. SKOMAL
UNITED STATES DISTRICT/MAGISTRATE JUDGE
OR
JOHN MORRILL, Clerk of Court
by  D. Juarez  557-7104

6/30/23
Electronically Sent to USMS

OK- M. Loza

Crim-9 (Rev. 05/20)
Original

**DJuarez**

| | |
|---|---|
| **From:** | CAS Releases |
| **To:** | DJuarez |
| **Sent:** | Friday, June 30, 2023 4:09 PM |
| **Subject:** | Read: 23CR887 Abstract |

Your message

  To: CAS Releases
  Subject: 23CR887 Abstract
  Sent: Friday, June 30, 2023 4:05:28 PM (UTC-08:00) Pacific Time (US & Canada)

 was read on Friday, June 30, 2023 4:09:06 PM (UTC-08:00) Pacific Time (US & Canada).