~~SEALED~~ unsealed on 5/11/23    11557410

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUL 0 5 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DM  DEPUTY

UNITED STATES OF AMERICA

V.

Zifeng Wu AKA Gabriel Wu

**WARRANT FOR ARREST**

Case Number: 23cr0887-AJB

~~NOT FOR PUBLIC VIEW~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Zifeng Wu AKA Gabriel Wu___
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☐ Pretrial Violation

charging him or her with (brief description of offense):
18:371 - Conspiracy
18:545 - Sale/Purchase of Merchandise Imported Contrary to Law
18:981(a)(1)(C), 982(a)(2)(B), 982(b); 28:2461(c) - Criminal Forfeiture

DATE: 6/30/2023
ARRESTED BY: ICE
DALE PRICE

RECEIVED 2023 MAY -9 PM 12:04 U.S. MARSHALS-S/CA

In violation of Title ___See Above___ United States Code, Section(s) _____

John Morrill
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

s/ M. Williams   *M. Williams*
Signature of Deputy

05/09/2023 San Diego, CA
Date and Location

Bail fixed at $ ___No bail___  by  ___The Honorable Bernard G. Skomal___
                                           Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

jms