# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZIFENG WU,<br><br>　　　　Defendant. | Case No. 23cr887-AJB<br><br>**ORDER TO CONTINUE THE MOTION HEARING SET FOR AUGUST 14, 2023** |

WHEREBY the Court, having read and considered the joint motion of the parties to continue the motion hearing date for 28 days, and finding good cause therein,

　　IT IS HEREBY ORDERED that the motion hearing, currently set for August 14, 2023, be continued until September 11, 2023, at 2:00 p.m.

　　IT IS FURTHER ORDERED that the time between August 14, 2023, and September 11, 2023, be excluded under the Speedy Trial Act, 18 USC 3161(h)(7)(A) because the ends of justice served by granting the continuance outweigh the party's interests in a Speedy Trial. The failure to grant a continuance, given the amount of new and significant discovery, would deny counsel the reasonable time necessary for effective preparation, even with the exercise of due diligence. Acknowledgment of next court date due within one week.

Dated: July 24, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　   　　　　　　　　　　United States District Judge