RYAN W. STITT
California State Bar No. 273651
**STITT VU TRIAL LAWYERS APC**
185 W F. St., Ste. 100-K
San Diego, California 92101
Telephone: (619) 255-0553
RStitt@stittvu.com

Attorneys for Mr. Zifeng Wu

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ANTHONY J. BATTAGLIA)

| UNITED STATES OF AMERICA, | CASE NO.: 23CR887-AJB |
|---|---|
| Plaintiff, | |
| v. | **Acknowledgment of Next Court Date** |
| ZIFENG WU, | |
| Defendant. | |

I, Zifeng Wu, hereby acknowledge that my next court date to appear before the United States District Court for the Southern District of California is September 11, 2023 at 2:00 p.m. before the Honorable Judge Anthony J. Battaglia.

I declare that the foregoing is true and correct.

DATED: 07-26-2023

Zifeng Wu